FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 NOV -3  PM 12: 56

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

STANLEY FARLEY, a/k/a, BOXER X,

Plaintiff,

vs.                                                              CIVIL ACTION NO.: CV604-034

Nurse SMITH; MELANIE CHAPMAN;
Sgt. JOHNNY MARQUEZ; WAYNE
JOHNSON, and Sgt. JAMES DAVIS,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Plaintiff filed Objections. In his Objections, Plaintiff reasserts the allegations stated in his Complaint. Plaintiff alleges that Defendants Chapman, Terry, Brown, Davis, Johnson, and Marquez were deliberately indifferent to his serious medical needs and asserts that the Magistrate Judge erred in his factual and legal determinations. Plaintiff avers that he has demonstrated that Defendant Smith did not examine or treat him for ETS exposure. Although Plaintiff provides a lengthy restatement of his factual contentions, he has asserted no new substantive evidence refuting the Magistrate Judge's findings. Based on affidavits submitted by the parties and available medical records, the Magistrate Judge accurately evaluated the evidence and reached the correct conclusion.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of the Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 3 day of Nov., 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)